**Michelle CHASTEEN, Plaintiff–Appellant,**

**and**

**Arnold Robert Chasteen, Plaintiff,**

v.

**UNITED STATES of America, Defendant–Appellee.**

No. 02–16663.
D.C. No. CV–02–00206–RCB.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 19, 2003.

Before PREGERSON, REINHARDT, and GRABER, Circuit Judges.

MEMORANDUM **

Michelle Chasteen appeals the district court's judgment, which dismissed her motion for the return of seized property filed pursuant to Fed.R.Crim.P. 41(e). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *J.B. Man-*

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

*ning Corp. v. United States,* 86 F.3d 926, 927 (9th Cir.1996), and we vacate and remand.

A Rule 41(e) motion is treated as a civil equitable proceeding when no criminal proceedings are pending. *See United States v. Martinson,* 809 F.2d 1364, 1366–67 (9th Cir.1987). The district court erred by dismissing the action. *See id.* at 1367. Chasteen need not file a separate civil action. *See id.* at 1368.

Accordingly, we vacate and remand for the district court to "receive evidence on any factual issue necessary to decide the motion." Fed.R.Crim.P. 41(g).

**VACATED and REMANDED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

